**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KERRI QUIRIN                                                                                              PLAINTIFF

VS.                        CIVIL ACTION NO. 4:13CV00698 DPM/JTR

SOUTHWEST CHRISTIAN ACADEMY, INC., et al.                          DEFENDANTS

**ORDER**

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 1/30/2015.  Plaintiff was represented by Tona DeMers and the Defendants by Michael R. Lipscomb. The settlement agreement which the Court dictated into the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall not be disclosed without a court order.

IT IS SO ORDERED, this 30th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE