IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KERRI QUIRIN**                                                                                           PLAINTIFF

v.                                        No. 4:13-cv-698-DPM

**SOUTHWEST CHRISTIAN ACADEMY, INC.;**
**JAMES R. STEWART, JR.; and SHARON STEWART**          DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2015